UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) | |
| Plaintiff(s), | ) | 2:17-cv-00084-JCM-NJK |
| vs. | ) | **O R D E R** |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 5112, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 13. Under Local Rule 26-1(b)(1), "[u]nless the court orders otherwise, discovery periods longer than 180 days from the date the first defendant answers or otherwise appears will require special scheduling review." Additionally, "[p]lans requesting special scheduling review must include . . . a statement of the reasons why longer or different time periods should apply to the case." Local Rule 26-1(a). The parties' proposed discovery plan does not comply with this Court's Local Rules because the parties request a discovery period of 284 days, without explaining why longer or different time periods should apply to this case. Docket No. 13 at 2-3.

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order. Docket No. 13. The parties shall file a proposed discovery plan that complies with the Local Rules, no later than April 14, 2017.

IT IS SO ORDERED.

DATED: April 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge