UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | ) | |
| Plaintiff(s), | ) | 2:17-cv-00084-JCM-NJK |
| vs. | ) | ORDER |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 5112, | ) | |
| Defendant(s). | ) | |

On March 31, 2017, when the parties had missed the original deadline to file a stipulated proposed discovery plan and scheduling order, the Court ordered the parties to file a joint proposed discovery plan no later than April 7, 2017. Docket No. 12. On April 7, 2017, the parties submitted a joint proposed discovery plan, which the Court rejected on April 10, 2017, for failure to comply with the Local Rules. Docket Nos. 13, 14. The Court ordered the parties to file a proposed discovery plan that complies with the Court's Local Rules, no later than April 14, 2017. Docket No. 14. The parties did not comply with the Court's order. *See* Docket.

Accordingly, the Court **ORDERS** the parties to file, no later than April 24, 2017, a joint proposed discovery plan and scheduling order that complies in full with the Court's Local Rules.

IT IS SO ORDERED.

DATED: April 17, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge