# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | |
| Plaintiff, | Case No. 2:17-cv-00084-JCM-NJK |
| vs. | ORDER |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 5112, et al., | |
| Defendants. | (Docket No. 44) |

Pending before the Court is Plaintiff/Counter Defendant Residential Credit Solutions Inc.'s motion to amend its answer to Defendant/Counter Claimant LV Real Estate Strategic Investment Group LLC Series 5112's counterclaim, filed on October 2, 2017. Docket No. 44. To date, no response has been filed. *See* Docket. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d).

Additionally, the Court has reviewed the motion and finds good cause for granting it. Because the motion is unopposed and for good cause shown, Plaintiff/Counter Defendant's motion to amend, Docket No. 44, is hereby **GRANTED**. No later than October 26, 2017, Plaintiff/Counter Defendant shall file its amended answer to the counterclaim on the docket.

IT IS SO ORDERED.

DATED: October 24, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge