UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | Case No. 2:17-CV-84 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLS SERIES 5112, | |
| Defendant(s). | |

Presently before the court is the matter of *Residential Credit Solutions, Inc. v. LV Real Estate Strategic Investment Group LLC Series 5112 et al*, case number 2:17-cv-00084-JCM-NJK.

On January 16, the parties filed a stipulation and proposed order to stay the case. (ECF No. 58). The stipulation references a certified question of law that Judge Boulware sent to the Nevada Supreme Court. *Id.*

The stipulation does not demonstrate good cause for granting a stay in this case. The court notes that the Nevada Supreme Court accepted the certified question on June 13, 2017, and briefing on the issue has completed. However, the stipulation does not adequately demonstrate that a ruling on the certified question will impact this litigation.

Accordingly,

IT IS HEREBY ORDERED that the parties' stipulation to stay proceedings (ECF No. 60), be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that the parties shall have twenty-one (21) days to respond to the outstanding motions for summary judgment. If any party responds, the moving party will

**James C. Mahan**
**U.S. District Judge**

have an additional fourteen (14) days thereafter to file a reply in support of its motion.

DATED February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE