JEFF BRAUER ESQ.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC
Henderson, Nevada 89074
Telephone: (702) 989-3213
Fax: (206) 333-0986
Email: jeff.brauer@brauerdriscoll.com
*Attorney for Defendant/Counterclaimant LV Real Estate Strategic Investment Group LLC Series 5112*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 5112, a Nevada limited liability company; PUEBLO AT SANTA FE CONDOMINIUM ASSOCIATION, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendant.<br><br>LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLC SERIES 5112, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>Counter-Defendant. | Case No.: 2:17-cv-00084-JCM-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING SETTLEMENT NEGOTIATIONS (SECOND REQUEST)** |

Defendant LV Real Estate Strategic Investment Group, LLC Series 5112 (hereinafter "LV Real Estate"), Defendant Pueblo at Santa Fe Condominium Association, Inc. ("HOA") and Plaintiff/Counter-

1

1  Defendant, Residential Credit Solutions, Inc. (hereinafter "RCS"), (collectively, the "Parties"), by and
2  through their respective counsels of record, hereby submit the following Stipulation and Order to extend
3  the deadline for filing oppositions to pending dispositive motions.

4      WHEREAS, on December 28, 2017, RCS filed its Motion for Summary Judgment. ECF No. 56.

5      WHEREAS, on December 28, 2017, the HOA filed its Motion for Summary Judgment. ECF No.
6  57.

7      WHEREAS, on January 17, 2018, the parties filed a Stipulation to Stay this litigation based on: (1)
8  LV Real Estate's and the HOA's belief that the certified question in Nevada Supreme Court Case No.
9  72931 may have an impact on the applicability of *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*,
10 832 F.3d 1154 (9th Cir. 2016); *and* (2) the parties' continued settlement negotiations. ECF No. 60.

11     WHEREAS, on February 2, 2018, the Court entered an Order denying the Stipulation on the
12 grounds that it did not adequately demonstrate that a ruling on the certified question will impact this
13 litigation. ECF No. 61. The Order was silent on the parties' request in the Stipulation for a stay of litigation
14 while the parties continue their settlement negotiations. *Id*.

15     WHEREAS, the parties still seek a stay of the litigation as they are involved in settlement
16 negotiations and reasonably believe that this action will be globally resolved through settlement.

17     WHEREAS the parties seek to reduce their respective litigation fees and costs, including those fees
18 and costs associated with further dispositive motion briefing (ECF Nos. 56 and 57), and conserve both the
19 parties' and the Court's time and resources pending settlement negotiations.

20     WHEREFORE, based on the foregoing,

21     IT IS HEREBY STIPULATED AND AGREED that this case should be stayed pending the parties'
22 continued settlement negotiations.

23 ///
24 ///
25 ///
26 ///

1 | IT IS FURTHER STIPULATED AND AGREED that the stay may be lifted by further stipulation of the parties or by motion.

IT IS SO STIPULATED.

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LIPSON NEILSON COLE SELTZER & GARIN, P.C. |
| */s/* Dana Jonathon Nitz, Esq. | */s/* Kaleb D. Anderson, Esq. |
| Nevada Bar No. 0050 | Nevada Bar No. 7582 |
| Christina V. Miller, Esq. | Eric N. Tran, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 11876 |
| 7785 W. Sahara Ave., Suite 200 | 9900 Covington Cross Drive, Suite 120 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff/Counter-Defendant, Residential Credit Solutions, Inc.* | *Attorneys for Defendant Pueblo at Santa Fe Condominium Association, Inc.* |

BRAUER, DRISCOLL, SUN AND ASSOCIATES, LLC
*/s/* Jeff Brauer, Esq.
Nevada Bar No. 13834
Henderson, Nevada 89074
*Attorneys for Defendant/Counterclaimant LV Real Estate Strategic Investment Group LLC Series 5112*

## **ORDER**

IT IS SO ORDERED.

DATED February 15, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2018, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jeff Brauer
_____

Jeff Brauer, Esq. an employee of BRAUER, DRISCOLL, SUN AND ASSOCIATES LLC