UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | Case No. 2:17-CV-84 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLS SERIES 5112, | |
| Defendant(s). | |

Presently before the court is the matter of *Residential Credit Solutions, Inc. v. LV Real Estate Strategic Investment Group LLC Series 5112 et al*, case no. 2:17-cv-00084-JCM-NJK.

On February 15, 2018, the court granted the parties' stipulation to stay this case pending settlement negotiations. (ECF No. 65). Since that date, no party has filed any documents with this court. The court orders the parties to file a joint status report.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a joint status report within thirty (30) days of the date of this order indicating the status of the current action. Failure to file a joint status report will result in dismissal of this case for want of prosecution.

DATED May 25, 2018.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**