UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | Case No. 2:17-CV-84 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLS SERIES 5112, | |
| Defendant(s). | |

Presently before the court is the matter of *Residential Credit Solutions, Inc. v. LV Real Estate Strategic Investment Group LLC Series 5112 et al*, case no. 2:17-cv-00084-JCM-NJK.

On February 15, 2018, the court granted the parties' stipulation to stay this case pending settlement negotiations. (ECF No. 65). On May 25, 2018, the court ordered the parties to file a joint status report. (ECF No. 66). On June 25, 2018, plaintiff and the HOA filed a status report, indicating that settlement negotiations have to this point been unsuccessful. (ECF No. 67). The parties request that the court lift the stay in the case and re-set the dispositive briefing schedule, and assert that they will continue their attempts at a settlement until the court enters a final judgment in this action. *Id.*

The court will lift the stay and adopt the proposed briefing schedule of the parties. Plaintiff and the HOA will have 21 days from the date of this order to file supplemental briefs in support of their respective motions for summary judgment.[1] Thereafter, Local Rule 7-2(b)'s deadlines will apply to responses and replies.

---

[1] The joint status report includes one specifically stated reason for the court to grant leave to file supplemental briefing: to offer the parties a chance to address the applicability of *Federal*

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED June 27, 2018.

                                                                                                             
UNITED STATES DISTRICT JUDGE

---

*Home Loan Mortgage Corporation et al v. SFR Investments Pool 1, LLC*, Case No. 16-15692 (9th Cir. June 25, 2018), to the facts of this case, which plaintiff argues is directly on point.