UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RESIDENTIAL CREDIT SOLUTIONS, INC., | Case No. 2:17-CV-84 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| LV REAL ESTATE STRATEGIC INVESTMENT GROUP LLS SERIES 5112, | |
| Defendant(s). | |

Presently before the court is the matter of *Residential Credit Solutions, Inc. v. LV Real Estate Strategic Investment Group LLC Series 5112*, case number 2:17-cv-00084-JCM-NJK.

On September 6, 2018, the court granted Residential Credit Solutions, Inc.'s ("plaintiff") second motion for summary judgment. (ECF No. 77). The parties appealed. (ECF No. 78). On October 11, 2018, the court entered a final judgment in favor of plaintiff and against LV Real Estate Strategic Investment Group LLC Series 5112 ("defendant"). (ECF No. 81).

The Ninth Circuit dismissed the appeal on January 6, 2020, pursuant to the parties' stipulation. (ECF No. 90). On January 9, 2020, the court issued the order on mandate. (ECF No. 92). Nothing is pending before the court.

Accordingly,

The clerk is instructed to close the case.

DATED March 30, 2020.

_____
UNITED STATES DISTRICT JUDGE